NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTINE L. HILL,**

*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2023-1998

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-16-0127-I-1.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                          HILL V. DEFENSE

(2)  Each side shall bear their own costs.

FOR THE COURT

October 13, 2023
        Date                              /s/ Jarrett B. Perlow
                                          Jarrett B. Perlow
                                          Clerk of Court

**ISSUED AS A MANDATE:** October 13, 2023